UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC | § § § | |
| v. | § | CIVIL NO. 4:24-CV-625-SDJ |
| | § § | |
| T-MOBILE USA, INC. | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

The undersigned attorney hereby enters an appearance as counsel of record for Defendant T-Mobile USA, Inc. and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendant.

Albert Suarez IV
Texas Bar No. 24113094
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3151
Facsimile: (214) 571-2986
ASuarez@gibsondunn.com

| | |
|---|---|
| DATED: October 21, 2024 | */s/ Al Suarez*<br>Albert Suarez IV<br>Texas Bar No. 24113094<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>Telephone: (214) 698-3151<br>Facsimile: (214) 571-2986<br>ASuarez@gibsondunn.com<br><br>*Counsel for Defendant T-Mobile USA, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 21, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Al Suarez*
Albert Suarez IV