UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC | § § § | |
| v. | § § | CIVIL NO. 4:24-CV-625-SDJ |
| T-MOBILE USA, INC. | § § | |

## ORDER RESETTING HEARING

Before the Court is the parties' Joint Rule 26(f) Conference Report, (Dkt. #23), which requests that the Court align the schedule in this case with the schedules in Plaintiff's concurrently filed matters against AT&T and Verizon. *See Morris Routing Techs., LLC v. AT&T Inc.*, No. 24-CV-623 (July 8, 2024); *Morris Routing Techs., LLC v. Verizon Commc'ns, Inc.*, No. 24-CV-626 (July 8, 2024). The Court will address these concerns at a joint Rule 16 management conference for all three cases.

It is therefore **ORDERED** that the Rule 16 management conference in this case is reset from November 20, 2024, to **January 7, 2025**, at **10:00 a.m.**

**So ORDERED and SIGNED this 6th day of November, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE