UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC | § § § | |
| v. | § § | CIVIL NO. 4:24-CV-625-SDJ |
| T-MOBILE USA, INC. | § § | |

## ORDER RESETTING HEARING

In two related cases against Verizon and AT&T, Plaintiff Morris Routing Technologies, LLC ("Morris") filed motions to align certain deadlines and dates with those of a related case against Samsung. *See Morris Routing Techs., LLC v. AT&T Inc.*, No. 24-CV-623 (July 8, 2024) (Dkt. #33); *Morris Routing Techs., LLC v. Verizon Commc'ns, Inc.*, No. 24-CV-626 (July 8, 2024) (Dkt. #34); *Morris Routing Techs., LLC v. Samsung Elecs. Co.*, No. 4:24-CV-624 (July 8, 2024). In those motions, Morris stated that it was "filing parallel motions" requesting this alignment in all of these cases, including this one. But it appears that Morris forgot to file that motion here.

The Court therefore *sua sponte* **ORDERS** that the Rule 16 Case Management Conference in this case is reset from January 7, 2025, to **January 29, 2025**, at **10:00 a.m.**

So ORDERED and SIGNED this 20th day of December, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE