UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC | § § § | |
| v. | § § | CIVIL NO. 4:24-CV-625-SDJ |
| T-MOBILE USA, INC. | § § | |

## **ORDER**

Before the Court is the parties' Unopposed Motion for Extension of Rule 16 Conference Date. (Dkt. #27). But the Court already ordered that the date for the Rule 16 conference be extended. (Dkt. #26).

It is therefore **ORDERED** that the motion is **DENIED as moot**.

**So ORDERED and SIGNED this 15th day of January, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE