UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC | §<br>§<br>§ |
| v. | §     CIVIL NO. 4:24-CV-625-SDJ |
| | § |
| T-MOBILE USA, INC. | §<br>§ |

## ORDER

The First Amended Complaint in the above-captioned case alleges patent-infringement of ten patents owned by Plaintiff Morris Routing Technologies, LLC ("Morris"). (Dkt. #14). The patents at issue relate to improvements in the "routing, provisioning and transport of data packets across networks in the 2012 timeframe using SR over Multiprotocol Label Switching ("MPLS") and IPv6 data planes . . . which are now referred to as 'SR-MPLS' and 'SRv6' respectively." (Dkt. #14 ¶ 20). Morris asserted patents related to the same technology area in three other concurrently filed cases. *See Morris Routing Techs., LLC v. AT&T Inc.,* No. 24-CV-623 (July 8, 2024); *Morris Routing Techs., LLC v. Samsung Elecs. Co.*, No. 24-CV-624 (July 8, 2024); *Morris Routing Techs., LLC v. Verizon Commc'ns, Inc.*, No. 24-CV-626 (July 8, 2024) (collectively, the "Related Cases"). Across the Related Cases, there are thirty-two asserted patents.

Because of the technological overlap across the asserted patents, the Court held a joint Rule 16 hearing for the Related Cases on February 5, 2025. (Dkt. #38). The Court discussed with the parties the entry of an order in each of the Related

Cases focusing patent claims and prior art to reduce costs. Such an order would provide phased limits on asserted claims and prior-art references. Based on the parties' filings and the discussion at the hearing, the Court will have the parties provide written briefing on the issue. Once the Court has resolved the issues concerning a claim-narrowing order, it will consult with the parties and enter a scheduling order for each of the Related Cases. In the interim, all case deadlines will be stayed.

It is therefore **ORDERED** that the parties will each file a brief by no later than **February 21, 2025**, concerning the merits of the Court entering an order focusing patent claims and prior art to reduce costs in this case and the Related Cases. The order will be entered in each of the Related Cases. Plaintiff and Defendants (collectively) may each file *only one brief, applicable to all of the Related Cases*. Each brief may not exceed fifteen pages.

It is further **ORDERED** that all deadlines scheduled in this matter are **STAYED** pending further order of the Court.

**So ORDERED and SIGNED this 7th day of February, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE