IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC, <br><br> v. <br><br> AT&T INC., ET AL, | CIVIL NO. 4:24-CV-623-SDJ |
| SAMSUNG ELECTRONICS CO., LTD., ET AL., | CIVIL NO. 4:24-CV-624-SDJ |
| T-MOBILE USA, INC., ET AL., | CIVIL NO. 4:24-CV-625-SDJ |
| VERIZON COMMUNICATIONS, INC., ET AL., | CIVIL NO. 4:24-CV-626-SDJ |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Morris Routing Technologies, LLC ("Plaintiff") and each of the defendant groups (collectively, "the Parties") in the above-captioned cases file this Joint Motion to Amend Scheduling Order and would show the Court as follows:

Pursuant to the Scheduling Order in each of the above-captioned cases, the deadline for the "Parties to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R.4-1)" is July 24, 2025. The Parties respectfully request a five (5) day extension of time up to and including July 29, 2025, for the Parties to comply with the above-referenced Court-ordered deadline.

The Parties represent that good cause exists for this brief five (5) day extension of time. At this time, counsel for T-Mobile USA, Inc. ("T-Mobile USA") are currently attending trial in

the Eastern District of Texas, Marshall Division. *See Headwater Research LLC v. Verizon Commuc'ns Inc.*, No. 2:23-cv-00352-JRG-RSP, Dkt. No. 398 (E.D. Tex. July 14, 2025). This brief extension of time will ensure that T-Mobile USA's counsel has adequate time to finalize and exchange T-Mobile USA's proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112 following the conclusion of the trial. To ensure that the case proceedings against the other defendant groups (*e.g.*, AT&T, Samsung, and Verizon) remain on the same case schedule, the scheduling order in each of those cases should be amended to align with the First Amended Scheduling Order in the *Plaintiff/T-Mobile USA* matter.

The Parties represent that this extension is not sought for the purposes of delay but rather so that justice may be served. Counsel for the Parties met and conferred to discuss the substantive relief sought in this Motion. The Parties are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter an order extending the time in which the Parties are required to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112 up to and including July 29, 2025.

Dated: July 24, 2025                                  Respectfully submitted,

                                                       */s/ Derek Dahlgren*
                                                       _____
                                                       Timothy Devlin
                                                       tdevlin@devlinlawfirm.com
                                                       Derek Dahlgren (*Pro Hac Vice*)
                                                       ddahlgren@devlinlawfirm.com
                                                       Leland Marcus (TSB #24139764)
                                                       lmarcus@devlinlawfirm.com
                                                       Andrew J. Sherman
                                                       asherman@devlinlawfirm.com
                                                       1526 Gilpin Avenue
                                                       Wilmington, Delaware 19806
                                                       Telephone: (302) 449-9010
                                                       Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Morris Routing Technologies, LLC*

 /s/ Katherine Q. Dominguez
_____
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

Andrew Thompson ("Tom") Gorham
Texas Bar No. 24012715
**GILLAM & SMITH, LLP**
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: tom@gillamsmithlaw.com
Katherine Q. Dominguez (Lead Counsel)
New York Bar No. 4741237
kdominguez@gibsondunn.com
Josh A. Krevitt
New York Bar No. 2568228
jkrevitt@gibsondunn.com
Brian A. Rosenthal
New York Bar No. 3961380
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-2490
Facsimile:  (212) 351-6390

Albert Suarez IV
Texas Bar No. 24113094
auarez@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3151
Facsimile:  (214) 571-2986

*Attorneys for Defendants*
*T-Mobile USA, Inc.*


 */s/ Benjamin Schlesinger*
_____
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com


Gerald F. Ivey
Parmanand K. Sharma (*Pro Hac Vice* forthcoming)
Christopher T. Blackford
(*Pro Hac Vice* forthcoming)
Daniel Chung (*Pro Hac Vice* forthcoming)
Christina Ji-Hye Yang (*Pro Hac Vice* forthcoming)
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Email: gerald.ivey@finnegan.com
Email: parmanand.sharma@finnegan.com
Email: christoper.blackford@finnegan.com
Email: daniel.chung@finnegan.com
Email: christina.yang@finnegan.com


Charles H. Suh (*Pro Hac Vice* forthcoming)
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, LLP**
1875 Explorer Street, 8th Floor
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Email: charles.suh@finnegan.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd.*
*Samsung Electronics America, Inc., and*
*Samsung Research America, Inc.*

*/s/ Jeffery Baxter*
Timothy S. Durst, Bar No. 00786924
tdurst@omm.com
John Kappos, Bar No. 24130097
jkappos@omm.com
Jeffery Baxter, Bar No. 24006816
jbaxter@omm.com
**O'MELVENY & MYERS LLP**
2801 North Harwood Street, Suite 1600
Dallas, TX 75201-2692
Telephone: 972-360-1900
Facsimile: 972-360-1901

Brett J. Williamson, (*pro hac vice* forthcoming)
bwilliamson@omm.com
Cameron W. Westin (*pro hac vice* forthcoming)
cwestin@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: 949-823-6900
Facsimile: 949-823-6994

*Attorneys for Defendants AT&T Enterprises, LLC, AT&T Mobility LLC, AT&T Mobility LLC II, and AT&T Services, Inc.*

*/s/ Jeffery Baxter*
Timothy S. Durst, Bar No. 00786924
tdurst@omm.com
John Kappos, Bar No. 24130097
jkappos@omm.com
Jeffery Baxter, Bar No. 24006816
jbaxter@omm.com
**O'MELVENY & MYERS LLP**
2801 North Harwood Street, Suite 1600
Dallas, TX 75201-2692
Telephone: 972-360-1900
Facsimile: 972-360-1901

Brett J. Williamson, (*pro hac vice* forthcoming)
bwilliamson@omm.com
Cameron W. Westin (*pro hac vice* forthcoming)
cwestin@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: 949-823-6900
Facsimile: 949-823-6994

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendants Verizon Inc. et al.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Parties met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

*/s/ Derek Dahlgren*
Derek Dahlgren

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the above and foregoing document in accordance with Local Rule CV-5(a)(3) *via* the Court's CM/ECF system on July 24, 2025.

*/s/ Derek Dahlgren*
Derek Dahlgren