UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC | § § § |
| v. | §  CIVIL NO. 4:24-CV-625-SDJ |
| T-MOBILE USA, INC. | § § § |

## ORDER

Before the Court is the parties' Joint Motion to Amend Scheduling Order. (Dkt. #46). After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that the parties' deadline to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R.4-1) is extended to **July 29, 2025**.

**So ORDERED and SIGNED this 25th day of July, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE