# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC, *Plaintiff,* <br><br> v. <br><br> T-MOBILE USA, INC., *Defendant.* | C.A. No. 4:24-cv-00625-SDJ <br><br> JURY TRIAL DEMANDED |

## MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c) and Plaintiff's Motion To Amend The Protective Order (Dkt. 54), Plaintiff Morris Routing Technologies, LLC ("Plaintiff"), by and through counsel, respectfully requests that the Court grant this motion and enter the Amended Protective Order submitted by the Plaintiff herewith.

Dated: September 11, 2025

Respectfully submitted,

*/s/ Derek Dahlgren*

Timothy Devlin
tdevlin@devlinlawfirm.com
Derek Dahlgren (*Pro Hac Vice*)
ddahlgren@devlinlawfirm.com
Leland Marcus (TSB #24139764)
lmarcus@devlinlawfirm.com
Andrew J. Sherman
asherman@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Morris Routing Technologies, LLC*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel complied with the meet and confer requirement in Local Rule CV-7(i) and this motion is opposed.

*/s/ Derek Dahlgren*
Derek Dahlgren

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 11, 2025, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing counsel of record.

*/s/ Derek Dahlgren*
Derek Dahlgren